AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Phone Number: (562) 394-7311,<br>Controlled by Verizon Wireless,<br>Bedminster, New Jersey 07921 | ) <br> ) Case No.   21-4384mb <br> ) <br> ) <br> ) <br> ) |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     __December 24, 2021__
                                                                                                                         *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__on duty in the District of Arizona__   .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
                                                                   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____     Camille D. Bibles  *Digitally signed by Camille D. Bibles*
                                                                                                         *Date: 2021.12.10 13:17:54 -07'00'*
                                                                                          *Judge's signature*

City and state:   __Flagstaff, Arizona__         __Honorable Camille D. Bibles, U.S. Magistrate Judge__
                                                                                    *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-4384mb | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

This warrant applies to information associated with cellular telephone number (562) 394-7311, which is stored at the premises owned, maintained, controlled, or operated by Verizon Wireless, a company headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921.

**ITEMS:**

Search for all items listed within ATTACHMENT B.

1

## ATTACHMENT B

## ITEMS TO BE SEARCHED AND SEIZED

I.  **Information To Be Disclosed by Verizon Wireless**

- To the extent that the information described in Attachment A is within the possession, custody, or control of Verizon Wireless, including any, records, files, logs, or information that have been deleted but are still available to Verizon Wireless, Verizon Wireless is required to disclose the following information to the government for the SUBJECT ACCOUNT number listed in Attachment A:

- Names (including subscriber names, user names, and screen names);

- Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

- Local and long distance telephone connection records from May 21, 2021 through July 21, 2021;

- Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions from May 21, 2021 through July 21, 2021;

- Length of service (including start date) and types of service utilized;

- Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identifiers ("IMEI"); Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

- Means and source of payment for such service (including any credit card or bank account

1

number) and billing records.

- All records and other information relating to the account, including, but not limited to:
    - All available toll records to include call detail, SMS detail, data session detail, cell site and cell site sector information, round trip delay information including RTT/PCMD data from May 21, 2021 through July 21, 2021;
    - Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses from May 21, 2021 through July 21, 2021;

## II. Information to Be Seized By the Government

- All information described above in Section I concerning the SUBJECT ACCOUNT that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography on or about June 21, 2021 including specifically, for the SUBJECT ACCOUNT number identified on Attachment A.

- All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, and other personal identifiers;

- All call, message, data, and location detail records for the SUBJECT ACCOUNT from May 21, 2021 through July 21, 2021;

- Evidence indicating how, when and where the SUBJECT ACCOUNT was accessed or used, to determine the identity of the SUBJECT ACCOUNT user, chronological and geographic context of the account access and use, relating to the crimes under investigation.

2

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Phone Number: (562) 394-7311, Controlled by Verizon Wireless, Bedminster, New Jersey 07921

Case No. 21-4384mb

## ELECTRONICALLY SUBMITTED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference.

located in the _____ District of ___Arizona___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
See attached Affidavit, incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Gayle L. Heart
Reviewed by Gayle Helart, AUSA
__X__ Sworn by telephone
Date:              Time:

*Applicant's signature*

Elliott M. White, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.12.10 13:18:35 -07'00'
*Judge's signature*

City and state: Flagstaff, Arizona

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

This warrant applies to information associated with cellular telephone number (562) 394-7311, which is stored at the premises owned, maintained, controlled, or operated by Verizon Wireless, a company headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921.

## ITEMS:

Search for all items listed within ATTACHMENT B.

1

## ATTACHMENT B

## ITEMS TO BE SEARCHED AND SEIZED

I.  **Information To Be Disclosed by Verizon Wireless**

- To the extent that the information described in Attachment A is within the possession, custody, or control of Verizon Wireless, including any, records, files, logs, or information that have been deleted but are still available to Verizon Wireless, Verizon Wireless is required to disclose the following information to the government for the SUBJECT ACCOUNT number listed in Attachment A:

- Names (including subscriber names, user names, and screen names);

- Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

- Local and long distance telephone connection records from May 21, 2021 through July 21, 2021;

- Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions from May 21, 2021 through July 21, 2021;

- Length of service (including start date) and types of service utilized;

- Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identifiers ("IMEI"); Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

- Means and source of payment for such service (including any credit card or bank account

1

number) and billing records.

- All records and other information relating to the account, including, but not limited to:
    - All available toll records to include call detail, SMS detail, data session detail, cell site and cell site sector information, round trip delay information including RTT/PCMD data from May 21, 2021 through July 21, 2021;
    - Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses from May 21, 2021 through July 21, 2021;

## II. Information to Be Seized By the Government

- All information described above in Section I concerning the SUBJECT ACCOUNT that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography on or about June 21, 2021 including specifically, for the SUBJECT ACCOUNT number identified on Attachment A.

- All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, and other personal identifiers;

- All call, message, data, and location detail records for the SUBJECT ACCOUNT from May 21, 2021 through July 21, 2021;

- Evidence indicating how, when and where the SUBJECT ACCOUNT was accessed or used, to determine the identity of the SUBJECT ACCOUNT user, chronological and geographic context of the account access and use, relating to the crimes under investigation.

2

## AFFIDAVIT IN SUPPORT OF

## AN ELECTRONIC APPLICATION FOR A SEARCH WARRANT

I, FBI Special Agent Elliott M. White, state under oath as follows:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and has been so employed since April 2015. I have more than 17 years of experience as a sworn law enforcement officer - military and federal. I am currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency, and am charged with the investigation of crimes occurring in (among other places) Mohave County, Arizona. My duties include the investigation of violent crimes occurring within Indian Country as well as crimes against children within the District of Arizona.

2. The information contained in this affidavit is based upon my personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

3. This affidavit is in support of an application for a search warrant to search information associated with Verizon Wireless cellular phone account number 562-394-7311 (SUBJECT ACCOUNT) which was used to upload child pornography to the SUBJECT ACCOUNT's cloud (online) data storage, more specifically described in Attachment A, seeking evidence of violations of Title 18, United States Code, Section 2252A (a)(5)(B) Possession of Child Pornography. The time period for the requested

1

records are from May 21, 2021 through July 21, 2021. The things to be searched for and seized are particularly described in Attachment B.

### Background/Introduction

4. On September 28, 2021, your affiant received a National Center for Missing and Exploited Children (NCMEC) Cyber Tipline Report from the Los Angeles County Sheriff's Department (LASD). According to the report, Synchronoss Technologies reported to NCMEC that on June 21, 2021, the SUBJECT ACCOUNT uploaded files which contained child pornography to the Synchronoss Technologies cloud storage system. In response to the report, LASD requested a search warrant from the Superior Court of California (Los Angeles County) requesting subscriber information for the SUBJECT ACCOUNT. The search warrant was served to Verizon Wireless. According to the records provided by Verizon Wireless, the subscriber of the SUBJECT ACCOUNT was identified as a person with the initials A.L. and the subscriber's address was a residence in Fort Mohave, Arizona.

### Investigation

5. On June 21, 2021, Synchronoss Technologies reported to NCMEC that the SUBJECT ACCOUNT uploaded 89 files to the Synchronoss Technologies cloud storage system. According to the report, NCMEC reviewed the uploaded files and determined that the files contained child pornography, apparent child pornography and files containing unclothed children.

2

6.      Your affiant contacted Synchronoss Technologies and was advised that Synchronoss Technologies maintains the cloud data storage system for Verizon Wireless' cellular phones. Your affiant was advised that when a Verizon Wireless cellular phone user uploads files to the device's linked cloud storage, the files are uploaded to the cloud storage maintained by Synchronoss Technologies. Your affiant was also advised that Synchronoss Technologies does not identify the Internet Protocol (IP) address used at the time of the upload, but that the upload had to be conducted by the Verizon Wireless device linked to the online data storage.

7.      Prior to your affiant receiving the information, LASD Detective Steve Lim conducted an initial investigation related to NCMEC report. Synchronoss Technologies provided the 89 images from the account, and Detective Lim reviewed those images. All 89 images depicted female children between the ages of three and ten, mostly nude, exposing their vaginas and anuses. Additionally, almost all of the images portrayed the children in poses of Sexual Bondage and Sadomasochism. Detective Lim obtained a search warrant from the Superior Court of California for Los Angeles County for the subscriber information on the SUBJECT ACCOUNT. The search warrant was served to Verizon Wireless. Verizon Wireless complied with the search warrant and provided Detective Lim with the subscriber information for the SUBJECT ACCOUNT.

8.      According to the records provided by Verizon Wireless, the owner of the SUBJECT ACCOUNT for the period of June 21, 2021 through September 8, 2021 is A.L. with an address of South Bernard in Fort Mohave, Arizona. Based upon your affiant's

3

training and experience, your affiant is aware that the SUBJECT ACCOUNT's address is simply the address provided by an account owner to register the account and does not indicate the physical location of the device. Your affiant is also aware that the owner of an account may be different than the actual user of the account. For example, an account owner may reside in Arizona, but may have provided the cellular device to a family member who is using the device in California.

9. Your affiant is aware that Verizon Wireless maintains records that include the details of calls, messages and internet connections for Verizon Wireless accounts. Included in those records, are the date and time the call, message, or internet use was conducted. Verizon Wireless maintains records of the cellular towers and antenna sectors that the cellular device used at the time of the activity. Based upon your affiant's training and experience, Verizon Wireless also maintains RTT/PCMD data for those activities. This data essentially records the time it takes for the cellular devices' phone signal to communicate with the cellular tower. Investigators may use this information to determine the device's location and approximate distance from a specific cellular tower at the time of the activity on the SUBJECT ACCOUNT. In this case, your affiant is requesting these records to determine the approximate location of the device used by the subject account at the time the 89 files containing child pornography were uploaded. Your affiant is requesting the records for a period of one month before and after the date of activity in order to determine a pattern of life for the user of the device. In this case, the information will be used determine if the device was regularly used in the same geographic area that it

4

was located when it uploaded the child pornography during the requested two month time period.

10. On October 5, 2021, your affiant sent a preservation request to Verizon Wireless requesting that Verizon Wireless maintain the records associated to the SUBJECT ACCOUNT.

### Things to Be Searched for and Seized

11. The things to be searched for and seized from the SUBJECT ACCOUNT are specifically described in Attachment B and include things related to the matter under investigation as described above.

12. The date range of the information sought from Verizon Wireless is for the period of May 21, 2021 through July 21, 2021 except as further described and/or limited in Attachment B. (Some of the SUBJECT ACCOUNT information is not limited, as such information is necessary to show who the account belongs to and/or is used by.)

13. Your affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Verizon Wireless to disclose to the government copies of the records and other information particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B. Because Verizon Wireless does not act in a law enforcement capacity and is not a law enforcement agency, it is not equipped to search the

records described in Section I of Attachment B for the evidence described in Section II of Attachment B. Law enforcement is best positioned to determine what is or is not fruits, evidence and instrumentalities of Federal crimes.

14. Based upon your affiant's training, experience, and observations, your affiant is aware that Verizon Wireless maintains call, message, data, and location records related to the SUBJECT ACCOUNT that are relevant to this investigation. Your affiant is requesting these records, further described in Attachment B, for the period beginning on May 21, 2021, and ending on July 21, 2021.

### Conclusion

15. Based upon your affiant's training, experience, and observations your affiant submits that there is probable cause to believe that violations of federal law have occurred, and that there is evidence of the violations, specifically Title 18, United States Code, Section 2252A(a)(5)(B), contained within Verizon Wireless cellular phone account number 562-394-7311 as described in Attachment A. Your affiant respectfully requests that a search warrant be issued for the things described in Attachment B.

16. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States (including a magistrate judge of such a court) that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

17. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: Dec 10, 2021

_____
Elliott M. White
Special Agent, FBI

__X__ Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.12.10 13:19:02 -07'00'

_____
Honorable Camille D. Bibles
United States Magistrate Judge

7